# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHENIX MUTUAL FIRE INSURANCE COMPANY, )<br>　　Plaintiff　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　) C.A. No. 1:23-cv-00218-JJM-LDA<br>LIBERTY MUTUAL INSURANCE CORP.,　　　)<br>CARDI CORPORATION AND TARYN WILDE,　)<br>　　Defendant　　　　　　　　　　　　　　　) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A). Plaintiff Phenix Mutual Fire Insurance Company ("Phenix"), voluntarily dismisses with prejudice the above-entitled action in its entirety. Plaintiff further states that to date no party has served either an answer or motion for summary judgment.

　　　　　　　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　　　PHENIX MUTUAL INSURANCE COMPANY
　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　*/s/ Chase H. Kennedy*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Chase H. Kennedy (RI bar #9660)
　　　　　　　　　　　　　　　　ckennedy@murphyriley.com
　　　　　　　　　　　　　　　　Murphy & Riley, P.C.
　　　　　　　　　　　　　　　　10 Dorrance Street, Suite 700
　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　(401) 519-3835